**Chris L. GOTT, et al.**

v.

**Harry N. WALTERS, Administrator of Veterans Affairs, Veterans Administration, et al.**

No. 82–1159.

United States Court of Appeals, District of Columbia Circuit.

June 10, 1985.

Before ROBINSON, Chief Judge, and WRIGHT, TAMM, WALD, MIKVA, EDWARDS, GINSBURG, BORK, SCALIA and STARR, Circuit Judges.

ORDER

PER CURIAM.

Appellees' suggestion for rehearing *en banc* has been circulated to the full court. A majority of the judges in regular active service have voted in favor thereof. Accordingly, it is

ORDERED, by the Court *en banc*, that this case will be reheard by the Court sitting *en banc*, and it is

FURTHER ORDERED, by the Court *en banc*, that the opinion and judgment of March 22, 1985, 756 F.2d 902, be, and the same hereby are, vacated.

The parties will be advised by a subsequent order of the future course of proceedings in this case.

**Chris L. GOTT, et al.**

v.

**Harry N. WALTERS, Administrator of Veterans Affairs, Veterans Administration, et al., Appellants.**

No. 82–1159.

United States Court of Appeals, District of Columbia Circuit.

Sept. 20, 1985.

Before ROBINSON, Chief Judge, and WRIGHT, TAMM, WALD, MIKVA, EDWARDS, GINSBURG, BORK, SCALIA and STARR, Circuit Judges

ORDER

PER CURIAM.

Upon consideration of the joint motion by the parties hereto for the remand of the captioned appeals with instructions to vacate all orders and to dismiss the proceedings therein, and for good cause shown, it is

ORDERED, by the Court, *en banc*, that the joint motion to remand these cases to the District Court is granted and the District Court is directed to vacate all orders heretofore entered in the civil action which underlies the captioned appeals and to dismiss same with prejudice.